UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOHN W. OLLER, JR. | * | CIVIL ACTION NO. 11-2207 |
| VS. | * | JUDGE HAIK |
| NANCYE C. ROUSSEL, ET AL | * | MAGISTRATE JUDGE HILL |

### RULE 16 CONFERENCE ORDER

A Rule 16 conference will be held in this case on **Monday, October 22, 2012, at 2:00 p.m**. in chambers of United States Magistrate Judge C. Michael Hill, United States District Courthouse, 800 Lafayette Street, Suite 3400, Lafayette, Louisiana.[1]  At least one attorney or representative for each party **shall** attend the conference. The person attending the conference shall have authority to enter into stipulations and to make admissions regarding all matters involved in this litigation**,** as well as the following:

> (1)  the formulation and simplification of the issues, including the elimination of frivolous claims or defenses;
>
> (2) the necessity or desirability of amendments to the pleadings;
>
> (3) the possibility of obtaining admissions of fact and of documents which will avoid unnecessary proof, stipulations regarding the authenticity of documents, and advance rulings from the court on the admissibility of evidence;

---

[1] If a party desires to appear by phone, that party shall contact the undersigned immediately.

(4) the control and scheduling of discovery, including orders affecting disclosures and discovery pursuant to Rule 26 and Rules 29 through 37;

(5) the identification of witnesses and documents;

(6) the date or dates for further conferences;

(7) the advisability of referring matters to a magistrate judge;

(8) settlement and the use of special procedures to assist in resolving the litigation;

(9) an order directing a party or parties to present issues early in the litigation which could be the basis for summary judgment under Rule 56; and

(10) such other matters as may facilitate the just, speedy, and inexpensive disposition of the action.

Signed this 6th day of September, 2012, at Lafayette, Louisiana.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE