RECEIVED
IN LAFAYETTE, LA.

SEP 0 7 2012

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOHN W. OLLER, JR. | * | CIVIL ACTION NO. 11-2207 |
| VS. | * | JUDGE HAIK |
| NANCYE C. ROUSSEL, ET AL | * | MAGISTRATE JUDGE HILL |

## ORDER

Having reviewed the Rule 26(f) and determined it to be complete, **IT IS ORDERED** that the Clerk of Court file it in the record.

The Court acknowledges the indication that the plaintiff may use electronically-generated exhibits or demonstrative aids at trial. Should these exhibits be used, counsel are reminded to comply with Paragraph 17 of the Scheduling Order. Counsel need not file an amended Rule 26(f) Report with respect to this requirement.

Signed this 7 day of September, 2012, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE