UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOHN W. OLLER, JR. | * | CIVIL ACTION NO. 11-2207 |
| VS. | * | JUDGE HAIK |
| NANCYE C. ROUSSEL, ET AL | * | MAGISTRATE JUDGE HILL |

## MINUTES OF RULE 16 CONFERENCE AND ORDER

On October 22, 2012, the undersigned held a Rule 16 conference in chambers.[1]

Participating in the conference were John B. Wells, representing plaintiff, John W. Oller, and Cearley J. Fontenot, representing defendants, Nancy C. Roussell, A. David Barry, and Martin J. Ball.

Signed this 22nd day of October, 2012, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 20 minutes.