IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN W. OLLER, JR. | CIVIL ACTION NO. 611-CV-02207 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| NANCYE C. ROUSSEL, individually and in her official capacity as Head of the Department of Communicative Disorders at the University of Louisiana at Lafayette; A. DAVID BARRY, individually and in his official capacity as Dean of College of Liberal Arts at the University of Louisiana at Lafayette, MARTIN J. BALL, Individually, Professor of Communicative Disorders at the University of Louisiana at Lafayette | MAGISTRATE C. MICHAEL HILL |

## UNOPPOSED MOTION TO EXTEND DEADLINES

NOW COMES BEFORE this Honorable Court plaintiff John W. Oller IV, through undersigned counsel, who, moves pursuant to Local Rules 7.4.1 and 7.9 for an extension of deadlines set by Document 16 as follows:

| **Deadline** | **Due Date** | **Extended Date** |
|---|---|---|
| Plaintiff Expert Report Due | Feb. 11, 2013 | March 13, 2012 |
| Joinder of Parties and Amendments of Pleadings | Feb 11, 2013 | March 13, 2013 |
| Plaintiff's Expert Information and Reports | Feb 11, 2012 | March 13, 2013 |
| Phase I Discovery | March 13, 2013 | April 12, 2013 |
| Dispositive Motions | March 13, 2013 | April 12, 2013 |

Although written discovery was served on September 25, 2012, the defendant is still preparing a response. Discovery has been slowed by settlement negotiations which will hopefully bear fruit in the next few weeks. The lack of response to the written discovery has

prejudiced plaintiff's ability to move forward with scheduling depositions, deciding whether expert reports are necessary and deciding whether additional parties should be joined. Additionally, counsel for plaintiff is scheduled for travel to Washington DC February 4-15 and will be lead counsel in an Army General Court-Martial scheduled to commence March 1, 2013.

Counsel for the defendant has been provided an advance copy of this Motion and consents to the extensions.

WHEREFORE, plaintiff prays that the Court extend the deadlines as follows: (1) Plaintiff Expert Report until March 13, 2012; Joinder of Parties and Amendments of Pleadings until March 13, 2013; (3) Plaintiff's Expert Information and Reports until March 13, 2013; (4) Phase I Discovery until April 12, 2013; and Dispositive Motions until April 12, 2013.

Respectfully Submitted,

//s// John B. Wells
John B. Wells
LA Bar #23970
P. O. Box 5235
Slidell, LA 70469-5235 (mail)
769 Robert Blvd., Suite 201D
Slidell, LA 70458 (physical)
985-641-1855
985-649-1536
JohnLawEsq@msn.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the within was served upon counsel for the defendant by facsimile and/or placing in the United States mail on the 14th day of January, 2013.

//s// John B. Wells
John B. Wells