# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**JOHN W OLLER**                         **CIVIL ACTION NO.  6:11CV2207**

**VERSUS**                               **JUDGE HAIK**

**NANCYE C ROUSSEL ET AL**               **MAGISTRATE JUDGE HILL**

## NOTICE OF DEFICIENT DOCUMENT

**NOTE:** Repeated errors in filing that result in formal Notices of Deficiency or electronic notification of filing errors may, at the discretion of the Clerk of Court and with approval of the Judges of the court, subject the filer to remedial action, i.e. mandatory training, restriction of filing privileges, etc.

**NOTICE TO FILER:**

The Motion For Extension of Deadlines filed on January 14, 2013 by John W Oller was DEFICIENT for the following reason(s):

✓      Either no proposed order accompanied this motion or the proposed order was not on a separate page. Please see LR7.4.1 or LR58.1 for additional information.

The motion cannot be referred to chambers until this deficiency is corrected.

**Please electronically submit your "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.  <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**  All filing deadlines previously set remain in effect.  Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.