IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN W. OLLER, JR.** | **CIVIL ACTION NO. 611-CV-02207** |
| **VERSUS** | **JUDGE RICHARD T. HAIK, SR.** |
| **NANCYE C. ROUSSEL, individually and in her official capacity as Head of the Department of Communicative Disorders at the University of Louisiana at Lafayette; A. DAVID BARRY, individually and in his official capacity as Dean of College of Liberal Arts at the University of Louisiana at Lafayette, MARTIN J. BALL, Individually, Professor of Communicative Disorders at the University of Louisiana at Lafayette** | **MAGISTRATE C. MICHAEL HILL** |

### ORDER

COMES NOW for consideration plaintiff's UNOPPOSED MOTION TO EXTEND DEADLINES, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that the deadlines delineated in document 16 will be extended as follows:

(1) Plaintiff Expert Report is now due on March 13, 2013.

(2) Joinder of Parties and Amendments of Pleadings are now due on March 13, 2013.

(3) Plaintiff's Expert Information and Reports are now due on March 13, 2013.

(4) Phase I Discovery is now due on April 12, 2013.

(5) Dispositive Motions are now due on April 12, 2013.

Lafayette, Louisiana this _____ day of January 2013.

_____
C. Michael Hill
Magistrate Judge