

APR 1 6 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| OLLER | CIVIL ACTION NO. 6:11-CV-02207 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| ROUSSEL, ET AL | MAGISTRATE C. MICHAEL HILL |

### ORDER

Before the Court is defendants' unopposed Motion To Continue Trial [Rec. Doc. 29] because defendants have a pre-existing conflict with the November 12, 2013 trial setting in this matter. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED** and the November 12, 2013 trial of this matter is **UPSET** and **RESCHEDULED** for January 21, 2014 at 9:30 a.m., and all remaining deadlines in the Scheduling Order issued July 20, 2012, *R. 16*, are extended for 180 days.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 16th day of April, 2013.

RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE