U S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUN 0 3 2013

TONY R. MOORE, CLERK
BY _____
              DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

Date: 06/03/13

Reply To: JUDGE RICHARD T. HAIK

Subject: #11-CV-2207 - John W. Oller vs. Nancye C. Roussel, et al

## MINUTE ENTRY

    The Pre-Trial Conference scheduled to commence on 06/11/13 is canceled. All other deadlines contained in the Scheduling Order shall remain the same.

    If a conference is deemed necessary, please contact the court and one will be scheduled upon request.

RTH/jb