WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

AUG 0 6 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN W. OLLER, JR. | CIVIL ACTION NO. 611-CV-02207 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| NANCYE C. ROUSSEL, individually and in her official capacity as Head of the Department of Communicative Disorders at the University of Louisiana at Lafayette; A. DAVID BARRY, individually and in his official capacity as Dean of College of Liberal Arts at the University of Louisiana at Lafayette, MARTIN J. BALL, Individually, Professor of Communicative Disorders at the University of Louisiana at Lafayette. | MAGISTRATE C. MICHAEL HILL |

## ORDER

Came on for consideration the Motion to Continue and reset deadlines filed by plaintiff.

The Court having considered the same is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED, that the trial in this matter be continued until the 19th day of May, 2014 and the remaining pre-trial deadlines in the July 20, 2012 Scheduling Order are extended for an additional 120 days.

LAFAYETTE LA, this 5th day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE