**MINUTE ENTRY**

Judge Richard T. Haik

November 1, 2013

Olier
versus                                                                    Civil Action No. 11-02207
Roussel, et al

In light of the parties having filed four (4) motions to extend or continue the trial deadlines in this action and the confusion created by the excessive filings, the parties are to strictly adhere to the following deadlines based on the final trial date of May 19, 2014:

**The Pretrial Conference is scheduled for April 13, 2014**

| | |
|---|---|
| Phase I Discovery Deadline | 01/17/2014 |
| Dispositive Motions | 01/17/2014 |
| Defendant's Expert Report | 01/17/2014 |
| Phase II Discovery | 02/16/2014 |
| Daubert Motions | 02/26/2014 |
| Motions in Limine | 03/24/2014 |
| Pretrial Order Meeting | 03/24/2014 |
| Expert Depositions | 03/24/2014 |
| Pretrial Order | 04/06/2014 |
| CD Rom Exhibits | 05/12/2014 |
| Real Time Glossary | 05/12/2014 |

RTH/fsh