UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOHN W. OLLER, JR.,**<br><br>    Plaintiff,<br><br>v.<br><br>**NANCYE C. ROUSSEL,** individually and in her official capacity as Head of the Department of Communicative Disorders at the University of Louisiana at Lafayette; **A. DAVID BARRY**, individually and in his official capacity as Dean of the College of Liberal Arts at the University of Louisiana at Lafayette; **MARTIN J. BALL**, individually, Professor of Communicative Disorders at the University of Louisiana at Lafayette;<br><br>    Defendants. | Case No. 6:11-cv-02207<br><br>Magistrate C. Michael Hall<br>Honorable Judge Haik<br><br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT** |

MAY IT PLEASE THE COURT:

Plaintiff, John W. Oller, Jr., ("Dr. Oller"), files this Opposition to Defendants' Motion for Summary Judgment and pursuant to Fed. R.Civ.P. 56(b), files this Cross Motion for Summary Judgment and would show unto the Court as follows:  That there are no uncontested material facts and the Defendant's Motion for Partial Summary Judgment should be denied as they are not entitled to relief under the law.  Conversely, the Plaintiff's Motion for Summary Judgment should be granted as the uncontested material facts show that he is clearly entitled to judgment as a matter of law.

        **Respectfully Submitted:**

        LAW OFFICE OF JOHN B. WELLS
        //s// John B. Wells
        John B. Wells
        LA Bar #23970
        P. O. Box 5235
        Slidell, LA 70469-5235 (mail)
        769 Robert Blvd. Suite 201D
        Slidell, LA 70458 (physical)
        Phone: (985) 641-1855
        Fax: (985) 649-1536
        Email: JohnLawEsq@msn.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the within was served on opposing counsel by the court's EC/CMF system this 2nd day of November 2013.

        //s// John B. Wells
        John B. Wells