# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

Oller

versus

Roussel, et al

Civil Action No. 11-02207

Judge Richard T. Haik, Sr.

Magistrate Judge C. Michael Hill

## JUDGMENT

In accordance with the Memorandum Ruling issued on this date,

**IT IS ORDERED** that the Motion For Partial Summary Judgment [Rec. Doc. 34] filed by defendants, Nancye Roussel, individually and in her official capacity as Head of the Department of Communicative Disorders at the University of Louisiana at Lafayette, A. David Barry, individually and in his official capacity as Dean of College of Liberal Arts at the University of Louisiana at Lafayette, and Martin J. Ball, individually and as Professor of Communicative Disorders at the University of Louisiana at Lafayette is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion For Summary Judgment [Rec. Doc. 44] filed by plaintiff, John W. Oller, is **DENIED**.

Thus done and signed this 31st day of January, 2014 at Lafayette, Louisiana.

Richard T. Haik, Sr.
United States District Judge