UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN W. OLLER | *CIVIL NO. 6:11-2207 |
| VERSUS | *JUDGE HAIK |
| NANCYE C. ROUSSEL, ET AL. | *MAGISTRATE JUDGE HILL |

ORDER SETTING TELEPHONE MOTION HEARING
AND STATUS CONFERENCE

The Motion for Expedited Hearing filed by defendants on April 24, 2014 [rec. doc. 67], is **GRANTED**.  A telephone hearing on the Motion to Quash Notice of Deposition and Subpoena Duces Tecum filed by defendants [rec. doc. 67] is hereby set for **Tuesday, May 13, 2014, at 10:00 a.m.**  Movant shall initiate the conference.  At that time, the undersigned will conduct a status conference regarding the Motion to Compel a Second Deposition of Defendant Nancye Roussell for Limited Purposes filed by plaintiff on April 23, 2014 [rec. doc. 63], the Motion to Compel the Taking of Depositions by Remote Means and for Sanctions filed by plaintiff on April 24, 2014 [rec. doc. 65], the Motion to Compel Attendance of Defendant at Non-Party Depositions and for Sanctions filed by plaintiff on April 24, 2014 [rec. doc. 66], and Motion to Extend the Duration of the Deposition of Plaintiff filed by defendants on April 24, 2014 [rec. doc. 68].

Any opposition to the Motion to Quash [rec. doc. 67] is due by **close of business May 9, 2014**.

Signed April 28, 2014. at Lafayette, Louisiana.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

2