UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **JOHN W OLLER** | * | **CASE 6:11-CV-2207** |
| **VERSUS** | * | **JUDGE HAIK** |
| **NANCYE ROUSSEL ET AL** | * | **MAGISTRATE JUDGE HILL** |

<u>**MINUTE ENTRY**</u>

A telephone hearing regarding the [62] Motion for Reconsideration is hereby set for May 13, 2014 at 10:00 a.m. before Magistrate Judge C. Michael.

Signed April 30, 2014, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE