IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN W. OLLER | CIVIL ACTION NO. 6-11-CV-02207 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| NANCYE ROUSSEL, individually and in her official capacity as Head of the Department of Communicative Disorders at the University of Louisiana at Lafayette; A. DAVID BARRY, individually and in his official capacity as Dean of College of Liberal Arts at the University of Louisiana at Lafayette, MARTIN J. BALL, individually, Professor of Communicative Disorders at the University of Louisiana at Lafayette. | MAGISTRATE C. MICHAEL HILL |

## ORDER

Considering the above and foregoing Motion to Enroll Additional Counsel of Record;

**IT IS HEREBY ORDERED** that Robin J. Magee of the firm of Oats & Marino be and she is hereby permitted to enroll as additional counsel of record for Defendant, Defendants, Nancye Roussel, A. David Barry and Martin J. Ball.

Lafayette, Louisiana, this  1  day of  May , 2014.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

- 3 -