RECEIVED
MAY - 2 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Oller | Civil Action No. 11-02207 |
| versus | Judge Richard T. Haik, Sr. |
| Roussel, et al | Magistrate Judge C. Michael Hill |

## JUDGMENT

In accordance with the Memorandum Ruling issued on this date,

**IT IS ORDERED** that the Motion To Re-Urge Motion For Partial Summary Judgment [Rec. Doc. 62] filed by defendants, Nancye Roussel, individually and in her official capacity as Head of the Department of Communicative Disorders at the University of Louisiana at Lafayette, A. David Barry, individually and in his official capacity as Dean of College of Liberal Arts at the University of Louisiana at Lafayette, and Martin J. Ball, individually and as Professor of Communicative Disorders at the University of Louisiana at Lafayette is **GRANTED** and plaintiff's claim for breach of contract against the defendants is **DISMISSED WITH PREJUDICE.**

Thus done and signed this 2nd day of May, 2014 at Lafayette, Louisiana.

Richard T. Haik, Sr.
United States District Judge