RECEIVED
MAY - 6 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| OLLER | CIVIL ACTION NO. 6:11-CV-02207 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| ROUSSEL, ET AL | MAGISTRATE C. MICHAEL HILL |

### ORDER

Before the Court is defendants' Motion To Continue Trial [Rec. Doc. 72] requesting a six month continuance of the October 20, 2014 jury trial in this case, and plaintiff's Opposition thereto [Rec. Doc. 78] representing that defendants' Motion is premature as discovery hearings are pending before Magistrate Judge Hill on March 13, 2014 which could alter the need for a continuance. The record indicates that the Court has granted two continuances in this case: plaintiff's July 26, 2014 motion, *R. 32*, and defendants' November 26, 2013 motion, *R. 53*. Accordingly,

**IT IS ORDERED** that the Motion is **DENIED** without prejudice to the right of defendants to reassert this Motion following Magistrate Judge Hill's rulings.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 5th day of May, 2014.

RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE