UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN W. OLLER | *CIVIL NO. 6:11-2207 |
| VERSUS | *JUDGE HAIK |
| NANCYE C. ROUSSEL, ET AL. | *MAGISTRATE JUDGE HILL |

<u>MINUTES OF MOTION HEARING
AND ORDER</u>

On May 13, 2014, the undersigned held a telephone hearing on the Motion to Quash Notice of Deposition and Subpoena Duces Tecum filed by defendants [rec. doc. 67], and a conference on the Motion to Compel the Taking of Depositions by Remote Means and for Sanctions filed by plaintiff on April 24, 2014 [rec. doc. 65], the Motion to Compel Attendance of Defendant at Non-Party Depositions and for Sanctions filed by plaintiff on April 24, 2014 [rec. doc. 66], and Motion to Extend the Duration of the Deposition of Plaintiff filed by defendants on April 24, 2014 [rec. doc. 68].[1]  Participating in the conference were John B. Wells, representing plaintiff, John W. Oller, and Cearley J. Fontenot and Robin J. Magee, representing defendants, Nancye C. Roussel, A. David Barry and Martin J. Ball.  The following Orders were entered:

**IT IS ORDERED** that the Motion to Quash [rec. doc. 67] is **GRANTED**.  Plaintiff's deposition shall be taken prior to the depositions of non-parties Nicole Mueller, Holly Damico, Carolyn Bruder, John Tetnowski, Jordan Kellman and Jack Damico.

**IT IS FURTHER ORDERED** that the Motions to Compel [rec. docs. 65, 66] are **GRANTED IN PART**.  The depositions of the six above-named witnesses and the plaintiff

---

[1] Statistical time: 30 minutes.

shall be completed by **the close of business on Sunday, May 25, 2014**.  Plaintiff's deposition is to occur in Slidell, Louisiana at a place to be agreed upon by all parties.  If the parties cannot agree, then the deposition is to occur at a hotel conference room in Slidell at plaintiff's expense.  Defendants have the right to request reimbursement for their costs (mileage only) in attending the deposition in Slidell.  The remaining depositions may be taken by remote means.  The parties and counsel may attend said depositions in person or remotely.

**IT IS FURTHER ORDERED** that defendants' Motion to Extend the Duration of the Deposition of Plaintiff [rec. doc. 68] is **DENIED** as premature.  Defendants may reurge this motion once the plaintiff's deposition reaches seven hours by contacting the undersigned.

**IT IS FURTHER ORDERED** that the Motion to Compel a Second Deposition of Defendant Nancye Roussell for Limited Purposes filed by plaintiff on April 23, 2014 [rec. doc. 63] is **reset** for telephone hearing on **Friday, May 16, 2014, at 11:00 a.m.**  Movant shall initiate the conference.

Plaintiff's requests for sanctions [rec. docs. 65, 66] are **WITHDRAWN**.

Signed May 14, 2014, at Lafayette, Louisiana.

_C. Michael Hill_
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE