UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN W. OLLER | *CIVIL NO. 6:11-2207 |
| VERSUS | *JUDGE HAIK |
| NANCYE C. ROUSSEL, ET AL. | *MAGISTRATE JUDGE HILL |

## MINUTES OF TELEPHONE MOTION HEARING AND ORDER

On May 16, 2014, the undersigned held a telephone hearing on the Motion to Compel a Second Deposition of Defendant Nancye Roussell for Limited Purposes filed by plaintiff on April 23, 2014 [rec. doc. 63].[1] Participating in the conference were John B. Wells, representing plaintiff, John W. Oller, and Cearley J. Fontenot and Robin J. Magee, representing defendants, Nancye C. Roussel, A. David Barry and Martin J. Ball.  The following Order was entered:

The parties agreed to enter into the following Stipulation:

"After discussion with counsel, and on advice of counsel, Nancye C. Roussel declined to take a polygraph test."

Accordingly, the Motion to Compel [rec. doc. 63] is **DISMISSED AS MOOT**.

Signed May 16, 2014, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 10 minutes.