U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

JUN 1 9 2014

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION**

| | |
|---|---|
| JOHN W. OLLER, JR. | CIVIL ACTION NO. 611-CV-02207 |
| VERSUS | JUDGE RICHARD T. HAIK, SR. |
| NANCYE C. ROUSSEL, individually and in her official capacity as Head of the Department of Communicative Disorders at the University of Louisiana at Lafayette; A. DAVID BARRY, individually and in his official capacity as Dean of College of Liberal Arts at the University of Louisiana at Lafayette, MARTIN J. BALL, Individually, Professor of Communicative Disorders at the University of Louisiana at Lafayette | MAGISTRATE C. MICHAEL HILL |

## ORDER

Comes before the Court Plaintiff John W. Oller IV, Unopposed Motion to Extend Time to Respond To Motions for Partial Summary Judgment (Docs 91 and 92), the Court is of the opinion that it should be granted.

IT IS HEREBY ORDERED that Plaintiffs will file their response to Plaintiff's Motions for Partial Summary Judgment, (Docs. 91 and 92) on or before June 25,2 014.

LAFAYETTE LOUISIANA this ___ day of June, 2014.

_____
RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE