UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN W OLLER | CIVIL ACTION NO.  6:11CV2207 |
| VERSUS | JUDGE HAIK |
| NANCYE C ROUSSEL ET AL | MAGISTRATE JUDGE HILL |

## NOTICE OF MOTION SETTING WITHOUT ORAL ARGUMENT

Please take notice that the Motion for Summary Judgment (Document No. 101) filed by Martin J Ball, A David Barry, Nancye C Roussel on June 20, 2014 has been referred to the Honorable Richard T. Haik, Sr. And has been assigned to the August 14, 2014 without oral argument motion date.

### Deadlines

Any response to said motion is due within **twenty-one (21) days** after service of the motion. (See LR 7.5).  No reply briefs may be filed without leave of court.  A motion for leave of court to file a reply must be filed within seven (7) days after the memorandum in opposition is filed.  OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### Courtesy Copies Required

A courtesy copy of the briefs and any attachments must be provided to chambers promptly after filing to the following address:

Hon. Richard T. Haik, Sr.
United States District Judge
800 Lafayette St., Suite 4200
Lafayette, Louisiana 70501

**DATE OF NOTICE: June 20, 2014.**

TONY R. MOORE
CLERK OF COURT